James HOLLIS; Emelinda Hollis Plaintiffs—Appellants,

v.

Mark HANSEN, District Director, U.S. Immigration and Naturalization Service; Todd Smith, Deportation Officer; David Alcocer, Adjudications Officer; John Ashcroft, Attorney General Defendants—Appellees.

No. 01–3997.

United States Court of Appeals, Sixth Circuit.

March 20, 2003.

Before MARTIN, Chief Judge; MERRITT and LAY,* Circuit Judges.

**ORDER**

Upon consideration of the joint motion to vacate the court's decision of February 26, 2003 and enter stipulated dismissal pursuant to Fed. R.App. P. 42(b),

It is ORDERED that the motion be and it hereby is GRANTED.

---

* The Honorable Donald P. Lay, Circuit Judge, United States Court of Appeals for the Eighth Circuit, sitting by designation.